ACCEPTED
12-15-00121-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/17/2015 11:42:01 AM
Pam Estes
CLERK

## No. 12-15-00121-CV

IN THE COURT OF APPEALS
FOR THE TWELFTH DISTRICT OF TEXAS
TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/17/2015 11:42:01 AM
PAM ESTES
Clerk

### GARRY L. ROLLINS AND CARLA D. ROLLINS,

*Appellants*

### V.

### TEXAS COLLEGE AND MPF INVESTMENTS, LLC D/B/A "A-1 RENT ALL,"

*Appellees*

Appeal from Cause No. 13-3353-A
In the 7th District Court of Smith County, Texas
The Honorable Kerry L. Russell, Presiding

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEE MPF INVESTMENTS, LLC D/B/A "A-1 RENT ALL"

Levon G. Hovnatanian
Texas Bar No. 10059825
*hovnatanian@mdjwlaw.com*
Todd M. Lonergan
Texas Bar No. 12513700
*lonergan@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

Ryan K. Geddie
Texas Bar No. 24055541
*geddie@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248
(214) 420-5500 – Telephone
(214) 420-5501 – Facsimile

**TO THE HONORABLE COURT OF APPEALS:**

Comes now one of the appellees— MPF Investments, LLC d/b/a "A-1 Rent All" (hereinafter "MPF")—and files this motion for extension of time to file its brief. MPF has neither requested nor received a previous extension of time to file its brief.

The current deadline for MPF to file its brief is Monday, November 16, 2015. This motion is e-filed on Tuesday, November 17, 2015, and is therefore timely filed. *See* TEX. R. APP. P. 38.6(d) ("A motion to extend the time to file a brief may be filed before or after the date a brief is due.").

The facts reasonably relied upon to explain the need for an extension of time are as follows. Levon G. Hovnatanian, MPF's lead appellate counsel, has been extremely busy with the following pressing matters:

1.      Mr. Hovnatanian assisted in preparing the brief of appellee Mid-Century Insurance Co., filed on November 2, 2015 (after two extensions), in Cause No. 07-26-00037-CV; *WC 1217-1221 Haven Lane, LP, Appellant v. Mid-Century Insurance Co., Appellee*; in the Seventh Court of Appeals.

2.      Mr. Hovnatanian prepared for, and presented oral argument on November 4, 2015, on behalf of the real party in interest, United Services Automobile Association, in Cause No. 14-1006; *In re Stacey Bent and Mark Bent*; in the Supreme Court of Texas.

**3.** Mr. Hovnatanian is assisting in preparing a petition for review, due on November 16, 2015 (after one extension, and the second extension is pending), in Cause No. 15-0805; *St. Paul Fire & Marine Insurance Company and St. Paul Surplus Lines Insurance Company, Petitioners v. Petroplex, Energy, Inc., Respondent*; in the Supreme Court of Texas.

**4.** Mr. Hovnatanian is assisting in preparing the reply brief of the appellant, which is due on November 18, 2015 (after one extension), in Cause No. 14-15-00093-CV; *State Farm Lloyds, Appellant v. Ginger Hanson, Appellee*, in the Fourteenth Court of Appeals.

**5.** Mr. Hovnatanian is assisting in preparing the brief of the appellee, due on December 3, 2015 (after two extensions), in Cause No. 05-15-00678-CV; *Brenda Peterson, Individually and as Next Friend of B.Q.P., a Minor and as Administrator of the Estate of James Q. Peterson, Deceased, and Gary Peterson, Appellants v. Farmers Texas County Mutual Insurance Company, Appellee*; in the Fifth Court of Appeals.

Considering the above, MPF Investments, LLC d/b/a "A-1 Rent All" respectfully requests a 30-day extension of time to Wednesday, December 16, 2015, to file its brief.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.


By: */s/ Levon G. Hovnatanian*
    Levon G. Hovnatanian
    Texas Bar No. 10059825
    *hovnatanian@mdjwlaw.com*
    Todd M. Lonergan
    Texas Bar No. 12513700
    *lonergan@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

Ryan K. Geddie
Texas Bar No. 24055541
*geddie@mdjwlaw.com*
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248
(214) 420-5500 – Telephone
(214) 420-5501 – Facsimile

ATTORNEYS FOR APPELLEE
MPF INVESTMENTS, LLC D/B/A "A-1
RENT ALL"

3

## CERTIFICATE OF CONFERENCE

This is to certify that on November 16 and 17, 2015, the undersigned conferred with Ernesto Sigmon, counsel for Garry L. Rollins and Carla D. Rollins, and Greg Smith, counsel for Texas College, about this motion, and both Mr. Sigmon and Mr. Smith advised that they do not oppose it.

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian
Dated:  November 17, 2015


## CERTIFICATE OF COMPLIANCE

This is to certify that this computer-generated Unopposed Motion for Extension of Time to File Brief of appellee MPF Investments, LLC d/b/a "A-1 Rent All" contains 407 words.

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian
Dated:  November 17, 2015

4

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Unopposed Motion for Extension of Time to File Brief of Appellee MPF Investments, LLC d/b/a "A-1 Rent All" has been forwarded to the individuals listed below, by the methods indicated, on this 17th day of November, 2015.

Ernesto D. Sigmon
WALKER SIGMON
416 West Saulnier Street
Houston, Texas 77019
*(via e-filing and e-mail at esigmon@esigmon.com)*
*(Attorney for appellants Garry L. Rollins and Carla D. Rollins)*

Trey Yarbrough
YARBROUGH WILCOX GUNTER, PLLC
100 East Ferguson, Suite 1015
Tyler, Texas 75702
*(via e-filing and e-mail at Trey@yw-lawfirm.com)*
*(Attorney for appellee Texas College)*

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian